UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEAVGHN HOLMES,

                        Plaintiff,

        -against-

SUPERINTENDENT OF SING SING
CORRECTIONAL FACILITY MICHAEL CAPRA, et
al.,

                        Defendants.

No. 17-cv-1313(NSR)
OPINION & ORDER

NELSON S. ROMÁN, United States District Judge

Counsel's motion to be relieved from further representing Plaintiff Devaughn Holmes is

granted without opposition and for good cause shown. Plaintiff is directed to notify the Court,

within thirty days of this Order, whether he has retained substitute counsel or whether he intends

to proceed *pro se*. Further, outgoing counsel, Sokoloff Stern, LLP, is directed to serve a copy of

this Order upon Plaintiff via regular and certified mail forthwith, and to file proof of service with

the court. The Clerk of the Court is respectfully requested to terminate the motion at Doc. No. 23.

Dated:    November 29, 2017
          White Plains, New York

SO ORDERED:

_____
          NELSON S. ROMÁN
          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2017

1